FORM FOR USE IN APPLICATION
FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED

1:07CV39 - wha

2007 JAN 11  A 9:46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Authur Lee Whitfield
Name

158061
Prison Number

Limestone Correctional Facility
Place of Confinement

United States District _____ Middle _____ District of _____ Alabama _____

Case No. _____
(To be supplied by Clerk of U. S. District Court)

Authur Lee Whitfield _____ , PETITIONER
(Full name) (Include name under which you were convicted)

Billy Mitchem, Warden _____ , RESPONDENT
(Name of Warden, Superintendent, Jailer, or authorized person having
custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _____ Alabama _____

None _____ , ADDITIONAL RESPONEDNT

    (if petitioner is attacking a judgment which imposed a sentence to be served in the future,
petitioner must fill in the name of the state where the judgment was entered.  If petitioner has a
sentence to be served in the future under a federal judgment which he wishes to attack, he should file
a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of
perjury. Any false statement of a material fact may serve as the basis for prosecution and
conviction for perjury. All questions must be answered concisely in the proper space on the form
The Judicial Conference of the United States has adpoted, effective 1/1/83, the 8-1/2 x 11 inch paper
size standard for use throughout the federal judiciary and directed the elimination of the use of legal
size paper.  All pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper, otherwise we
cannot accept them.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support

your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memornadum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from judgment of conviction.

(7) When the petition is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court whos address is
P.O. Box 711, Montgomery, AL 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.
*If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack
   Circuit Court of Houston County, Al.: P.O. Box Drawer 6406, Dothan, Al. 36302

2. Date of judgment of conviction        26-Aug-04

3. Length of sentence        25 Years        Sentencing Judge        JERRY WHITE

4. Nature of offense or offenses for which you were convicted:        Distribution of a Controlled
   Substance (Cocaine)

5. What was your plea?  (check one)
   ( a )  Not guilty        [X]
   ( b )  Guilty
   ( c )  Nolo contendere        [ ]
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: N/A

6. Kind of trial:  (check one)

-2 -

( a ) Jury        [X]
( b ) Judge only        [ ]

7.  Did you testify at the trial?        Yes  [ ]        No  [X]

8.  Did you appeal from the judgment of conviction?        Yes  [X]        No  [ ]

9.  If you did appeal, answer the following:
    ( a ) Name of court        Alabama Court of Criminial Appeals
    ( b ) Result        Affirmed
    ( c ) Date of result        4/22/2005
    If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details:
    None

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed
    any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes  [X]        No  [ ]

11. If your answer to 10 was "yes", give the following information:
    ( a )    (1) Name of court        Circuit Court of Houston County, Al.
             (2) Nature of proceeding        Rule 32 Postconviction petition

             (3) Grounds raised        Violation of my 6th Amendment; to have assistance of counsel
             for my defense. (Denial of Counsel)

             (4) Did you receive an evidentiary hearing on your petition, application or motion?
             Yes  [ ]        No  [X]
             (5) Result        Denied
             (6) Date of result    5/27/2005
    ( b )    As to any second petition, application or motion give the same information:
             (1) Name of court        Circuit Court of Houston County, Al.
             (2) Nature of proceeding        Postconviction Proceeding

             (3) Grounds raised

             (4) Did you receive an evidentiary hearing on your petition, application or motion?
             Yes  [ ]        No  [X]
             (5) Result        Dismissed
             (6) Date of result    Unknown
    ( c )    As to any third petition, application or motion, give the same information:

(1) Name of court    Circuit Court of Houston County, Al.

(2) Nature of proceeding    Rule 32 Postconvicton Petition

(3) Grounds raised    Denial of Counsel; The court was without jurisdiction to render judgment or to impose the sentence; The sentence is not authorized.

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes [ ]        No [X]

(5) Result    Dismissed

(6) Date of result    5/4/2006

( d )    Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

|  |  | Yes |  | No |  |
|---|---|---|---|---|---|
| (1) First petition, etc. |  | Yes | [ ] | No | [X] |
| (2) Second petition, etc. |  | Yes | [ ] | No | [X] |
| (3) Third petition, etc. |  | Yes | [X] | No | [ ] |

( e )    If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

12    State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

CAUTION:    In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds in releif in habeas corpus proceeding. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which your may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

a.) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with

understanding of the nature of the charge and the consequences of the plea.

b.) Conviction obtained by use of coerced confession.

c.) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

d.) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

e.) Conviction obtained by a violation of the privileges against self incrimination.

f.) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

g.) Conviction obtained by a violation of the protection against double jeopardy.

h.) Conviction obtained by action of a grand jury or petit jury which was unconstitutionally selected and impaneled.

i.) Denial of effective assistance of counsel.

j.) Denial of right of appeal.

A. Ground one:    Denial Assistance of Counsel

Supporting FACTS (tell your story briefly without citing cases or law:    Court addressed appointed counsel's motion to withdraw. Defense counsel informed the court that petitioner intended to offer in his defense that he did not have the mental capacity at the time. The Court inquired as to petitioner's request to proceed pro'se. Without waiver of counsel petitioner informed the Court he would defend himself. The Court permitted petitioner to proceed pro'se without ascertaining on the record that petitioner knowingly and intelligently waived counsel. The Court permitted petitioner to proceed pro'se where defense counsel had previsouly subpeona Doug McKeown, Ph.D, Clinical and Forensic Psychologist for additional input and testimony as to assesment of petitioner's competency to stand trial. A jury trial commenced. Note: (Petitioner plead not guilty by reason of mental disease or defect.)

B. Ground two:    N/A

Supporting FACTS (tell your story briefly without citing cases or law:

C. Ground three:  N/A

Supporting FACTS (tell your story briefly without citing cases or law:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D.  Ground four:    N/A
_____

Supporting FACTS (tell your story briefly without citing cases or law:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13  If any grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them:   N/A

_____
_____
_____
_____
_____

14   Do you have any petition or appeal now pending in the court, either state or federal, as to the judgment under attack?     Yes     [   ]          No     [X]

15  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

( a )    At preliminary hearing          N/A

( b )    At arraignment and plea         John E. Byrd, Jr., Dothan, Al.

( c )    At trial       None- Pro'se

( d )    At sentencing    None- Pro'se

( e )    On appeal    Thomas H. Claunch, III; Montgomery, Al.

( f )    In any post-conviction proceeding    Inmate Legal assistance

( g )    On appeal from any adverse ruling in post-conviction proceeding:    Inmate Legal Assistance

16    Were you sentenced on more than one count of an indictment, or on more that one indictment. in the same court and at the same time?    Yes ☐    No ☒

17    Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?    Yes ☐    No ☒

( a )    If so, give name and location of court which imposed sentence to be served in the future:
N/A

( b )    And give date and length of sentence to be served in the future:    N/A

( c )    Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?    Yes ☐    No ☒

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Arthur L. Whitfield Pro'se_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury, that the foregoing is true and correct.

Executed on    _January 8, 2007_

_Arthur L. Whitfield_
Signature of Petitioner

-7-