| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   todd  ☐ Agent  ☑ Addressee<br>B. Received by ( Printed Name)  todd<br>C. Date of Delivery  1-16-07 |
| 1. Article Addressed to:<br><br>Mitchem, Warden<br>Limestone Correctional Facility<br>28779 Nick Davis Road<br>Harvest, AL 35749 | Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>07cv39<br>pro order<br>+ pet.<br><br>Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7006 2760 0002 8193 1927 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540