**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

King
ey General for the State of AL
Union Street
jomery, AL 36101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name): _[illegible]_

C. Date of Delivery: 1-16-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

_[handwritten: Moved / prox order / pd]_

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 8193 1910

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540