IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
SOUTHERN DIVISION

2008 FEB -1  P 2: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ARTHUR LEE WHITFIELD,<br>AIS# 158061 | )<br>)<br>) |
| Petitioner, | )<br>) |
| VS. | ) CIVIL ACTION NO.<br>) 1:07-CV-00039-WHA<br>) |
| BILLY MITCHEM, et al., | )<br>) |
| Respondents. | ) |

**CONFLICT DISCLOSURE STATEMENT**

Come now Troy King and Billy Mitchem, by and through Counsel named

below, and make the following disclosure regarding potential conflicts of interest

relating to those designated in this Court's General Order No. 3047:

Troy King and Billy Mitchem, parties named to the above-captioned case as

required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing

Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official

capacities.  Neither the Alabama Attorney General nor the Warden of Limestone

Correctional Facility possess any known affiliations that would create a

"professional or financial conflict for a judge" on this Court.


_____

John M. Porter
Counsel for Troy King and Billy Mitchem

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2008, I have filed the

foregoing with the Clerk of this Court and the same on Counsel for the Petitioner

at:

> Arthur Lee Whitfield
> AIS# 158061
> Limestone Correctional Facility
> 28779 Nick Davis Rd
> Harvest, AL 35749

_____
John M. Porter (POR023)

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: jporter@ago.state.al.us

375366