*Court Copy*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION



RECEIVED
2008 FEB 11 A 10: 17
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ARTHUR LEE WHITFIELD #158061
        PETITIONER,

vs.                                     CV-1:07-CV-00039-WHA

BILLY MITCHEM, et al;
        RESPONDENTS

**PETITIONER'S OBJECTION TO THE RESPONDENT'S "CONFLICT DISCLOSURE STATEMENT" AND REQUEST TO BE AFFORDED COPY OF COURT'S GENERAL ORDER NO: 3047**

Comes now the Petitioner Arthur Lee Whitfield and hereby submits an objection to the statement Conflict Disclosure submitted by Respondents in relation to this Courts General Order No. 3047, as Petitioner has never recieved or been afforded a copy of that order (#3047), therefore the Respondent's reference to that specific order substantially impairs Petitioner's option to submit a Traverse pleading because Petitioner has no knowledge of what order No. 3047

CONSIST of. THEREFORE THE PETITIONER MOVES THIS COURT TO STAY PROCEEDINGS UNTIL PETITIONER IS AFFORDED A COPY OF THAT ORDER AND IS GIVEN AMPLE TIME TO MAKE A PROPER RESPONSIVE PLEADING. I ASK THAT AN ORDER BE DIRECTED TO THE CLERK TO FORWARD PETITIONER THAT ORDER AT HIS PLACE OF CONFINEMENT & TO STAY PROCEEDINGS FOR AT LEAST (14) DAYS.

x  Arthur Lee Whitfield - 158061
ARTHUR LEE Whitfield # 158061
LIMESTONE CORRECTIONAL FACILITY
28779 Nick Davis Road
Harvest, AL 35749

"Certificate of Service"

I HEREBY CERTIFY THAT A COPY OF THE "OBJECTION" HAS BEEN DULY PROVIDED TO THE PARTIES LISTED HEREIN ON THIS 5th DAY OF Febuary 2008, BY PLACING IN THE U.S. MAIL W/ POSTAGE PAID IN FULL.   x Arthur Lee Whitfield - 158061

ARTHUR L. Whitfield # 158061
L. C. F.
28779 Nick Davis Rd
Harvest, AL 35749

CC: OFFICE OF ATTORNEY GENERAL
11 South Union
Montgomery, AL 36130-0152
&
Warden Billy Mitchem
L. C. F.
28779 Nick Davis Road
Harvest, AL 35749

Arthur Lee Whitfield # 158061
L.C.F
28779 Nick Davis Rd
Harvest, AL 35749



U.S. District Court
For Middle District
    Southern Division
United States Courthouse
15 Lee Street
Montgomery, AL 36104