IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR LEE WHITFIELD, #158061, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-CV-39-WHA |
| | ) | |
| BILLY MITCHEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the document filed by the petitioner on February 11, 2008 (Court Doc. No. 13), which the court construes to contain a motion to stay proceedings so that petitioner may file a response to the respondents' conflict disclosure statement, and as such action is not warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 12th day of February, 2008.

　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE