IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Arthur Lee Whitfield - 158061
Petitioner

vs.

Billy Mitchem et. al
Respondents

CV-1:07-CV 00039-WHA

RECEIVED
2008 FEB 21  A 10:03
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Conflict Disclosure Statement
&
Motion to Production of Order

Comes now Arthur L. Whitfield pro'se, and make the following disclosure regarding Potential Conflict of Interest designated in this Courts general order No. 3047.

Petitioner, Arthur Whitfield, possess no known affiliations that would create a financial or Professional Conflict for a judge on this Court."

This Court ordered the Clerk to furnish petitioner of order No Civil misc. 3047 which was entered on June 12, 2007. A Copy was furnished to petitioner on February 12, 2008.

Petitioner did not receive a copy of Courts order Civil misc. No 00-3047 (Doc #2) entered February 16, 2007 which was vacated.

Due to these inconsistencies of production of these documents to petitioner by the Court Clerk, petitioner requests that an order be directed to the Clerk to furnish him with a Copy of Civil misc order no. 00-3047 (Doc #2); To forward to petitioner a Case Action Summary Sheet in reference to CV. 1:07 CV. 00039 WHA; and supply petitioner with any and all other documents, Correspondence etc. to this action in the future.

Arthur Lee Whitfield
ARTHUR LEE WHITFIELD 158061
LIMESTONE CORRECTIONAL FACILITY
28779 NICK DAVIS ROAD
HARVEST Alabama 35749

## CERTIFICATE OF SERVICE

I, Arthur Whitfield, hereby certify that a copy of this Conflict Disclosure Statement and motion to Production of order has been duly provided to the parties listed herein on this 18th day of February 2008 by placing in the United States mailbox postage prepaid in full

                                                       /s/ Arthur Whitfield
                                                       Arthur Whitfield

cc: Office of Attorney General
      11 South Union St.
      Montgomery Alabama
            36130-0152

Warden Billy Mitchem
LCF
28779 Nick Davis Rd
Harvest, Alabama
      35749

Hernan Whitfield # 158041
28779 Nick Davis Rd.
Harvest Alabama
35749

This correspondence is forwarded from an Alabama State Prison. Its contents have not been censored and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

$00.41⁰

Office of The Clerk
United States District Court
Post Office Box 711
Montgomery Alabama
36101-0711