IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR LEE WHITFIELD, #158061, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-CV-39-WHA |
| | ) | |
| BILLY MITCHEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon consideration of the motion for production of order filed by the petitioner on February 21, 2008 (Court Doc. No. 16), in which he seeks a copy of the vacated order addressing submission of a conflict disclosure statement, and as such order is no longer in effect and, therefore, irrelevant to the proceedings in this case, it is

ORDERED that this motion be as hereby DENIED.

Done this 21st day of February, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE