IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR LEE WHITFIELD, #158061, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:07-CV-39-WHA |
| | ) |
| BILLY MITCHEM, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the document filed by the petitioner on February 21, 2008 (Court Doc. No. 16), which the court construes to contain a motion for service of a copy of the case action summary sheet, known in this court as a docket sheet, and for good cause, it is

ORDERED that this motion be as hereby GRANTED. The Clerk is DIRECTED to provide the petitioner with a copy of the docket sheet maintained by the court in this case.

Done this 21st day of February, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE