IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ARTHUR LEE WHITFIELD,        *

    Petitioner,

                             *

Vs.                              CASE NO: 1:07-cv-00039-WHA-CSC

MITCHEM ET. AL.,             *

    Respondent,

                             *

## MOTION TO MAKE JUDGMENT

Comes now Arthur Lee Whitfield and moves this Honorable court in the above-style cause and respectfully request that a ruling / judgment will be made upon the federal question presented to this court in regards to a constitutional violation.

Petitioner avers that this case is ripe for judgment. That all pleadings are complete between both parties accrding to petitioner's understanding. Therefore, petitioner moves this court for final judgment.

Done on this the 17th day of April 2008.

                                    *Arthur Lee Whitfield*
                                 ARTHUR LEE WHITFIELD

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served upon the respondent by placing the same in the U.S. mail located inside the Limestone Correctional facility. Postage paid and properly addressed. Done on this the 17th day of April 2008.

*Arthur J. Whitfield*
ARTHUR LEE WHITFIELD

Billy Mitchem

C/O Office Of The Attorney General
    Alabama State House
    11 South Union St.
    Montgomery, Al. 36130-0152

ARTHUR LEE WHITFIELD #158061
Limestone Correctional Facility
28779 Nick Davis Rd.
Harvest, Al. 35749

HUNTSVILLE / HVS
AL 358 2 T
18 APR 2008 PM



This correspondence is forwarded from an Alabama State Prision. The contents have not been evaluated, and the Alabama Department of Corrections in not responsible for the substance or content of the enclosed communication.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALABAMA MIDDLE DISTRICT (DOTHAN)
UNITED STATES COURTHOUSE
P.O BOX 711
Montgomery, Al. 36101

LEGAL MAIL

36101+0711