IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR LEE WHITFIELD, #158061, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:07-CV-39-WHA |
| | ) |
| BILLY MITCHEM, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to make final judgment filed by the petitioner on April 21, 2008 (Court Doc. No. 19), in which the petitioner seeks immediate disposition of this case, and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The petitioner is advised that this case is pending on his petition for habeas corpus relief, the respondents' answer thereto and his response to the answer. The petitioner is further advised that *no additional pleadings are necessary for disposition of the issue(s) presented in the petition* and he will be immediately advised of any action taken by the court in this case. While the court is mindful that this petition has been pending before this court for disposition since submission of the requisite pleadings from the parties as of February 15, 2007, the court's caseload of actions pending under 28 U.S.C. § 2254 makes it extremely difficult to expedite resolution of this or any other cause of action, particularly since the court has adopted a policy of disposing of cases on the basis of length of pendency. The court assures the petitioner that a

determination of the issue(s) presented in this case will be undertaken in due course.

Done this 21st day of April, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE