IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR LEE WHITFIELD, | ) | |
| AIS # 158061, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv39-WHA |
| | ) | (WO) |
| BILLY MITCHEM, et al., | ) | |
| | ) | |
| Respondent. | ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and order entered in this case, it is

ORDERED and ADJUDGED that the petition for habeas corpus relief be and is

hereby DENIED and that this case be and is hereby DISMISSED with prejudice.

Done this 1st day of October, 2008.


_____/s/W. Harold Albritton_____
SENIOR UNITED STATES DISTRICT JUDGE